AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

STEVEN MARVIK,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  **3:11-CV-00432-LRH-VPC**

WASHOE COUNTY DISTRICT
ATTORNEY'S OFFICE, *et al.*,

      Defendants.


\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** this action is **DISMISSED** without prejudice to the filing of a new pleading on the proper form in a new action together with either a pauper application on the required form with all required attachments or the required filing fee.


  June 21, 2011                                 **LANCE S. WILSON**
                                                                   Clerk


                                                               /s/ D. R. Morgan
                                                                   Deputy Clerk